1  Laura E. Krank
   Attorney at Law: 220208
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Jo Ann Edwards-alexander

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JO ANN EDWARDS-ALEXANDER,   ) Case No.: CV 12-0448 VBK
                               )
12         Plaintiff,           ) ORDER AWARDING EQUAL
                               ) ACCESS TO JUSTICE ACT
13     vs.                      ) ATTORNEY FEES AND EXPENSES
                               ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,           )
   Commissioner of Social Security, )
15                              )
           Defendant            )
16                              )
   _____ )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

   IT IS ORDERED that fees and expenses in the amount of $2,100.00 as
20
   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.
21

22 DATE:   October 16, 2012           _       /s/
                                    _____
23                                  THE HONORABLE VICTOR B. KENTON
                                    UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-